UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TASHAWN QWANTREAL THORNE,

    Defendant.

_____/

Cr. No. 5:15-cr-00114-D-1

ORDER

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 33 in the above-captioned case be sealed.

This the **25** day of **November**, 20**15**.

_____
UNITED STATES DISTRICT JUDGE