UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TASHAWN QWANTREAL THORNE,

    Defendant.
_____/

Cr. No. 5:15-cr-00114-D

ORDER TO SEAL

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 46 in the above-captioned case be sealed.

This the 21 day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE