IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-114-D
No. 5:16-CR-98-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TASHAWN QWANTREAL THORNE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motions for clarification regarding restitution [D.E. 31, 71]. The response is due not later than July 28, 2017.

SO ORDERED. This 7 day of July 2017.

JAMES C. DEVER III
Chief United States District Judge