IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-114-D
No. 5:16-CR-98-D

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          **ORDER**
                                  )
TASHAWN QWANTREAL THORNE,         )
                                  )
               Defendant.         )

On June 16, 2017, Tashawn Qwantreal Thorne ("Thorne") moved to clarify his judgment

[D.E. 31, 71]. On July 26, 2017, the government responded [D.E. 34, 74].

As explained in the government's response, Thorne owes a $100 special assessment in case

number 5:15-CR-114-D [D.E. 51], and has a $75.00 balance. See [D.E. 74] 2. Thorne also owes

$14,000, due to a forfeiture order in case number 5:15-CR-114-D. See id. Thorne also owes a $25.00

special assessment in case number 5:16-CR-98-D. See id. at 3.

In sum, Thorne's motion for discovery [D.E. 63] and motions for clarification [D.E. 31, 71]

are DENIED.

SO ORDERED. This _18_ day of July 2017.


                                        JAMES C. DEVER III
                                        Chief United States District Judge