IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-114-D
No. 5:16-CR-98-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TASHAWN QWANTREAL THORNE, | ) | |
| | ) | |
| Defendant. | ) | |

On August 10, 2017, Tashawn Qwantreal Thorne ("Thorne") moved to dismiss this court's forfeiture order of March 22, 2016 [D.E. 77]. Cf. [D.E. 50] (order of forfeiture in case no. 5:15-CR-114-D). On August 15, 2017, the government responded in opposition [D.E. 78].

As explained in the government's response, Thorne's motion lacks merit. See id. Thus, the court DENIES the motion to dismiss [D.E. 77].

SO ORDERED. This 12 day of October 2017.

JAMES C. DEVER III
Chief United States District Judge