THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-0114-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER TO SEAL MEDICAL |
| VS. | ) | RECORDS (UNDER SEAL) |
| | ) | |
| TASHAWN QWANTREAL THORNE, | ) | |
| | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, the Defendant's *Motion to Seal Medical Records* is allowed and the Clerk is directed to seal this *Order,* and *Motion to Seal Medical Records,* except that the clerk is authorized to provide filed copies of the Court's ruling on said *motion* to counsel for the Defendant and the Government.

SO ORDERED, this the 18 day of May 2021.

Dever
James C. Dever III
District Court Judge